IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **OCTAVIANO OMAR ROMERO DIAZ,** § | | |
| Petitioner, § | | |
| § | | |
| v. § | EP-26-CV-00046-DB | |
| § | | |
| **KRISTI NOEM**, *Secretary, U.S.* § | | |
| *Department of Homeland Security, et al.*, § | | |
| Respondents. § | | |

**ORDER**

On this day, the Court considered the above-captioned case. On January 13, 2026, Petitioner Octaviano Omar Romero Diaz filed a "Petition for Writ of Habeas Corpus," ECF No. 1.

On January 16, 2026, the Court issued its "Order," ECF No. 6, wherein following orders issued:

> Accordingly, after careful consideration of the undisputed facts in this case as well as the legal conclusions made in Vieira and this Court's subsequent immigration habeas cases brought by petitioners subject to mandatory detention under the Government's new interpretation of 8 U.S.C. § 1225(b), **IT IS HEREBY ORDERED,** Petitioner Octaviano Omar Romero Diaz filed a "Petition for Writ of Habeas Corpus," ECF No. 1, is **GRANTED IN PART** on procedural due process grounds.
> 
> **IT IS FURTHER ORDERED** Respondents **SHALL PROVIDE** Petitioner with a bond hearing before an immigration judge at which the government shall bear the burden of justifying, by clear and convincing evidence, the dangerousness or flight risk for Petitioner's continued detention; or (2) release Petitioner from custody, under reasonable conditions of supervision, during the pendency of their removal proceedings **no later than January 20, 2026**.
> 
> **IT IS FURTHER ORDERED** that, if applicable, Respondents **SHALL** FILE an advisory informing the Court when the bond hearing will be held in accordance with the preceding order **no later than January 19, 2026**.
> 
> **IT IS FURTHER ORDERED** that, if applicable, Respondents **SHALL FILE** an advisory informing the Court, in detail, of the reasons for the IJ's bond hearing decision **no later than January 23, 2026**.

**IT IS FINALLY ORDERED** Petitioner Octaviano Omar Romero Diaz's "Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction," ECF No. 3, is **DENIED AS MOOT.**

ECF No. 6 at 3. On January 23, 2026, Respondents filed an "Advisory," ECF No. 8, advising the Court "Petitioner has been released from custody on an order of recognizance." *Id.* at 1.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by <u>**no later than February 2, 2026.**</u>

**SIGNED** this **26th** day of **January 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**